# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:21-cv-00197-MR

| | |
|---|---|
| SCOTTIE FRANCIS VANDERMEER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [Doc. 12].

For the reasons in the Plaintiff's Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 12] is **GRANTED**, and this civil action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.** Signed: March 8, 2022

Martin Reidinger
Chief United States District Judge